# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jacquelyn J. Starer

Case: 1:22-mj-00278
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/15/2022
Description: COMPLAINT W/ ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*Name of person to be arrested)* Jacquelyn J. Starer

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1), (2), and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct, and Knowingly Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Engaging in Physical Violence in a Capitol Building, and Parading, Demonstrating, or Picketing in a Capitol Building

Date: 12/16/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.16 14:54:58 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 12/16/22, and the person was arrested on (date) 12/20/22
at (city and state) Ashland, MA

Date: 20 Dec 22

*Arresting officer's signature*

SA Jennifer Martin, FBI
*Printed name and title*